NUMBER 13-06-391-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


PETRA CONSUELO RODRIGUEZ FREEMAN 

A/K/A CONNIE FREEMAN, Appellant,


v.



CENTEX HOME EQUITY COMPANY, L.L.C., Appellee.

_______________________________________________________


On appeal from the 214th District Court 


of Nueces County, Texas


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, PETRA CONSUELO RODRIGUEZ FREEMAN A/K/A CONNIE
FREEMAN, attempted to perfect an appeal from a judgment entered by the 214th
District Court of Nueces County, Texas, in cause number 05-5433-F. Judgment in
this cause was signed on May 25, 2006. No timely motion for new trial was filed. 
Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due on June 26, 
2006. A motion to extend time to file notice of time was granted by this Court, and
the time for filing the notice of appeal was extended to July 10, 2006. To date,
appellant has failed to file her notice of appeal. 

 The Court, having examined and fully considered the documents on file and
appellant's failure to perfect her appeal, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM



Memorandum Opinion delivered and filed this

the 28th day of December, 2006.